UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PIERRE KOHLER,<br><br>　　　　　　　Plaintiff,<br><br>-against-<br><br>WPX ENERGY, INC., RICHARD E. MUNCRIEF, CLAY M. GASPAR, KIMBERLY S. LUBEL, JOHN A. CARRIG, KELT KINDICK, ROBERT K. HERDMAN, VALERIE M. WILLIAMS, KARL F. KURZ, D. MARTIN PHILLIPS, and DOUGLAS E. SWANSON JR.,<br><br>　　　　　　　Defendants. | Case No.: 1:20-cv-10338-LAK |

## NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses his claims in the above-captioned action against Defendants as moot. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

DATED: January 4, 2021

**OF COUNSEL**

**ADEMI LLP**
Guri Ademi
Jesse Fruchter
3620 East Layton Avenue
Cudahy, Wisconsin 53110
Tel: (414) 482-8000
Fax: (414) 482-8001
Email: gademi@ademilaw.com
　　　　jfruchter@ademilaw.com

*Attorneys for Plaintiff*

**MONTEVERDE & ASSOCIATES PC**

By: */s/ Juan E. Monteverde*
　　Juan E. Monteverde (JM-8169)
　　The Empire State Building
　　350 Fifth Avenue, Suite 4405
　　New York, NY 10118
　　Tel: (212) 971-1341
　　Fax: (212) 202-7880
　　Email: jmonteverde@monteverdelaw.com

*Attorneys for Plaintiff*